UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
TYLEEHA CARTER

                Plaintiff,

                  -against-

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------x

19-cv-5372 (PKC)

ORDER

CASTEL, U.S.D.J.

         Motion to substitute (Doc 31) is GRANTED.  Motion to stay (Doc 33) is GRANTED to the extent that all discovery is stayed until the June 26 conference.  The June 26, 2020 conference will be conducted telephonically.

         Due to the COVID-19 pandemic, conferences with the Court in civil cases will be held by teleconferencing until further notice.  Counsel for the plaintiff(s) shall arrange for the conference call.  Each scheduled conference will take place on the date and time originally set.  The conference in this case is scheduled for June 26, 2020.

         No later than seventy-two hours before the conference, plaintiff(s)' counsel shall:

(a) docket a letter on ECF to the Court with copy to all opposing counsel containing the call-in information and email the letter to castelnysdchambers@nysd.uscourts.gov; and

(b) for an initial pretrial conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        May 11, 2020