UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Tyleeha Carter,

              Plaintiff(s),                      ORDER

      -against-

                                              19 Civ. 5372 (PKC)

City of New York, et al.,

              Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

        As a result of a pretrial conference held today, the following is Ordered.

        1.  Plaintiff's counsel confirms that his client's claim for damages caused by defendants' conduct includes loss of a pregnancy.  Therefore, plaintiff shall provide a letter to defense counsel within 14 days confirming that all medical providers to plaintiff, including OB/GYN, relating to prior pregnancies or cervical issues have been disclosed to defendants and that releases, if not previously provided, will be provided.

        2.  Fact discovery extended to October 9, 2020 and expert discovery extended to November 25, 2020.  Next conference will be October 26, 2020 at 11:00 a.m.

        SO ORDERED.

                                                        P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
          June 26, 2020