UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
 TYLEEHA CARTER

                    19-cv-5372 (PKC)

    Plaintiff,

                     ORDER

   -against-

CITY OF NEW YORK, et al.,

    Defendants.
------------------------------------------------------x

CASTEL, U.S.D.J.

   On consent of the parties, the false arrest claim is dismissed with prejudice.  On consent of the parties, all claims against defendants Hernandez and Proano are dismissed with prejudice for lack of personal involvement.  Defendant may file a motion for summary judgment by March 5, 2021.  Plaintiff shall respond by March 26, 2021.  Defendant's reply is due by April 9, 2021.

   SO ORDERED.

                       _____
                         P. Kevin Castel
                       United States District Judge

Dated:  New York, New York
    February 4, 2021